UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SAN JOAQUIN SUPERIOR COURT,<br><br>　　　　　Respondent. | No.  2:23-cv-0157 AC P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  ECF No. 1.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed, and

////

////

1

2. The Clerk of Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: January 30, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE